UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN A. LOUIE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>C/O FOO and SGT BLEVINS,<br><br>　　　　　　　　Defendants. | NO: 2:16-CV-0336-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING FIRST AMENDED COMPLAINT IN PART AND DIRECTING SERVICE OF REMAINING CLAIMS<br><br>***ACTION REQUIRED*** |

BEFORE THE COURT is Magistrate Judge Rodgers' Report and Recommendation to dismiss Plaintiff's First Amended Complaint in part and to terminate Defendant Spokane County Detention Services from this action, ECF No. 16. Plaintiff, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis;* Defendants have not yet been served.

There being no objections, **IT IS ORDERED** the Report and Recommendation, ECF No. 16, is **ADOPTED in its entirety**, Plaintiff's claims against Spokane County Detention Services are **DISMISSED** and the Clerk of Court

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING FIRST AMENDED COMPLAINT IN PART AND DIRECTING SERVICE OF REMAINING CLAIMS ~ 1

shall **TERMINATE** Defendant Spokane County Detention Services from the docket.

Liberally construing the remainder of the claims in the First Amended Complaint in the light most favorable to Plaintiff, the Court finds his allegations regarding the excessive use of force are sufficient to require a response from Defendants Foo and Blevins. Therefore,

**IT IS ORDERED:**

1. The United States Marshal, in compliance with Fed. R. Civ. P. 4(c)(3) and (d), shall send, by First Class Mail, **copies** of the Summons(es), the First Amended Complaint, ECF No. 15, and this Order, upon the above-named Defendants, together with a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons and a return envelope, postage prepaid, addressed to the sender. The costs of mailing shall be advanced by the United States.

2. **The United States Marshal's office shall retain the original Summons(es) in the event one or more of the Defendants refuses to waive service or does not waive service in a timely manner, thereby necessitating personal service pursuant to Fed. R. Civ. P. 4(e) and/or 4(j)(2). Defendants shall have thirty (30) days after the requests are sent to return the waivers (Fed. R. Civ. P. 4(d)(1)(F)) and if they fail to do so within that time, the United States Marshal shall effect personal service pursuant to Fed. R. Civ. P. 4(e) and/or**

**4(j)(2).** In the absence of good cause, each Defendant who fails to return the Waiver of Service of Summons will be required to pay the expenses of service.

   3. The District Court Executive shall mail a copy of the First Amended Complaint, ECF No. 15, to the Office of the Spokane County Prosecuting Attorney.

   4. Defendants shall file an answer or otherwise respond to Plaintiff's claims contained in the First Amended Complaint within sixty (60) days after mailing (if formal service is waived), or forty-five (45) days after service if service is not waived. Failure to so respond may result in entry of a default judgment, pursuant to Local Rule 55.1.

   5. **The District Court Executive shall set a case management deadline sixty (60) days after the date of this Order.**

   6. Plaintiff shall serve upon Defendants, or if appearance has been entered by counsel, upon their attorney, a copy of every further pleading or other document submitted for consideration by the Court. He shall include, with the original paper to be filed with the District Court Executive, a certificate stating the date a true and correct copy of any document was mailed to the Defendants or to their counsel. This service/certificate requirement will not apply if it becomes apparent that Defendants and/or their Counsel are participants in the Court's CM/ECF system. Plaintiff is also advised that, throughout this action, he must notify the District Court Executive regarding any change of address and phone number (at least a message phone).

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING FIRST AMENDED COMPLAINT IN PART AND DIRECTING SERVICE OF REMAINING CLAIMS ~ 3

Failure to do so will result in the dismissal of the action if the Court is unable to contact Plaintiff.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this order and forward a copy to Plaintiff and to the United States Marshal's Office.

**DATED** June 5, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING FIRST AMENDED COMPLAINT IN PART AND DIRECTING SERVICE OF REMAINING CLAIMS ~ 4